# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **21-5569**   Case Manager: **C. Anthony Milton**

Case Name: **Shaina Kirkland v. City of Maryville**

Is this case a cross appeal? ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Appellant Kirkland is appealing the court's order granting Appellee City of Maryville's Motion for Summary Judgment (D.E. 107, 108) dismissing her Title VII of the Civil Rights Act of 1964 ("Title VII"), the Tennessee Human Rights Act ("THRA") and Constitutional First Amendment retaliation claims.**

**Appellant contends that the court used a heightened standard in analyzing the easily met prima facie case with respect to causation, improperly drew factual conclusions against Plaintiff, the non-movant; failed to consider evidence of pretext and other factual issues that a reasonable jury should have been given an opportunity to consider; and drew improper credibility and factual determinations about Appellee's motivations with respect to Appellant's First Amendment claims.**

**This is to certify that a copy of this statement was served on opposing counsel of record this 24 day of **June**, **2021**.

**Heather Moore Collins**
Name of Counsel for Appellant